| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| THIMOTHY S. THIMESCH<br>TIMOTHY S. THIMESCH<br>158 HILLTOP CRESCENT   WALNUT CREEK, CA 94597 | |
| TELEPHONE NO.: (925) 588-0401    FAX NO.: | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **NEVA LEMA**

DEFENDANT/RESPONDENT: **MARIE CALLENDER'S, ET AL**

| NON SERVICE REPORT | CASE NUMBER:<br>CV090494VRW |
|---|---|

I received the within process on February 9, 2009 and that after due and diligent effort I have not been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   Servee:   **PATSY W. CHAN and MARIO H. CHAN**

As enumerated below:

   **02/21/2009 -- 10:20 am**

   No response at residence address.

   **02/24/2009 -- 08:35 pm**

   No response at residence address.

   **02/27/2009 -- 07:30 am**

   No response at residence address.

   **03/02/2009 -- 04:15 pm**

   No response at residence address.

   **03/05/2009 -- 07:50 pm**

   No response at residence address.

   **03/08/2009 -- 08:26 am**

   No response at residence address.

Continued on Next Page



County: **SAN FRANCISCO**
Registration No.: **1030**
Eddings Attorney Support Services, Inc.
1099 East Champlain Ave., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 9, 2009** at **Fresno,** California.

Signature: _____
                           **CAESAR ERIC RAILEY**

**NON SERVICE REPORT**

Order#: E15454/NonServe