IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, | No   C 09-0494 VRW |
|     Plaintiff, | ORDER |
|     v | |
| MARIE CALLENDER'S #86 CONCORD, et al, | |
|     Defendants. / | |

There has been no docket activity in this case brought under the Americans with Disabilities Act, 42 USC § 12181 et seq, for fourteen months.  The last item on the docket is a report of non-service on certain of the defendants on April 6, 2009.  Doc #6.

Plaintiff is now ordered to show cause, on or before July 16, 2010, why this case should not be dismissed for lack of prosecution.

The clerk is hereby directed, should plaintiff fail to file a timely response to this order, to close the file and terminate all pending motions.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge