IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEVA LEMA,   C 09-0494 VRW

    Plaintiff,

        v

MARIE CALLENDER'S #86 CONCORD, et al,

    Defendants.

_____/

        The court is in receipt of plaintiff's motion to be relieved of General Order 56, Doc #11, and defendants' response, Doc #12. Because plaintiff fails to establish good cause for such relief, the request, Doc #11, is DENIED.

        Defendants, in response to plaintiff's request, contend that "Marie Callender's made substantial alterations to the subject premises after Plaintiff's alleged visits. * * * The alterations requested by Plaintiff in her complaint are all moot." Doc #12 at 3. The court HEREBY REFERS the above-captioned matter to a magistrate judge pursuant to 28 USC §636 for proposed findings of fact and recommendation as to the issue of mootness. The

**United States District Court**
For the Northern District of California

1  magistrate shall identify the alterations plaintiff requested,
2  consider evidence relating to any remedial alterations and make
3  proposed findings whether such alterations moot all or some of
4  plaintiff's claims.
5        In addition to or in lieu of preparing a report and
6  recommendation, the magistrate may conduct a settlement conference
7  should it appear that settlement would produce a more timely and
8  economical resolution of the matter.

        IT IS SO ORDERED.

                                    _____
                                    VAUGHN R WALKER
                                    United States District Chief Judge