Charles H. Horn, (State Bar No 063362)
Charles.Horn@LeClairRyan.com
LECLAIRRYAN, LLP
44 MONTGOMERY STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104-4705
TELEPHONE: (415) 391-7111
TELEFAX: (415) 391-8766

Attorneys for Defendants
MARIO H. CHAN and PATSY W. CHAN

*IT IS SO ORDERED*
*[signature] Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Neva Lema,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Marie Callender's Concord #86, et al.,,<br><br>　　　　Defendants. | Case No.: C 09-00494 JW<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT MARIO H. CHAN and PATSY W. CHAN make the following substitution:

Former legal representative:  Call & Jensen, by Mark L. Eisenhut, Esq., Michael S. Orr, Esq., and Ryan M. McNamara, Esq.

New legal representative:

　　　　Name:　　　　Charles H. Horn, Esq., Bar No. 63362

　　　　Address:　　　LeClairRyan

　　　　　　　　　　　　44 Montgomery Street, 18th Floor

　　　　　　　　　　　　San Francisco, CA  94104

　　　　Telephone No.: (415) 913-4921

The parties making this substitution are defendants MARIO H. CHAN and PATSY W. CHAN

1

```
 1 | I consent to this substitution.
 2 |
 3 | Date:   December 22, 2011
 4 | I consent to this substitution.                    _____
 5 |                                                    MARIO H. CHAN (party)
 6 | Date:   December 22, 2011
 7 | I consent to this substitution.                    _____
 8 |                                                    PATSY W. CHAN (party)
 9 | Date:   December ___, 2011
10 | I consent to this substitution.                    _____
11 |                                                    FOR CALL & JENSEN (former attorneys)
12 | Date:   December 21, 2011
                                                        _____
                                                        CHARLES H. HORN (new attorney)
```

# CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On December 22, 2011, I have served the foregoing document described as **SUBSTITUTION OF ATTORNEY** on the following person(s) in the manner(s) indicated below:

**SEE ATTACHED SERVICE LIST**

[ X ]  (BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[ ]  (BY MAIL)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]  (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]  (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ]  (BY E-MAIL)  I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

1    [ ]   (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

[ X ]   (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on December 22, 2011, at Newport Beach, California.

_____
Nadja Judin

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | Timothy S. Thimesch, Esq. | **Attorneys for Plaintiff Neva Lema** |
| 3 | Thimesch Law Offices | |
| | 158 Hilltop Crescent | |
| 4 | Walnut Creek, CA 94597-3452 | |
| | Tel: (925) 588-0401 | |
| 5 | tim@thimeschlaw.com | |
| 6 | | |
| | Gene A. Farber, Esq. | |
| 7 | Law Offices of Gene A. Farber | |
| | 280 Granville Way | |
| 8 | San Francisco, CA 94127 | |
| | (415) 956-1800 | |
| 9 | (415) 681-9066 (fax) | |
| | genefarber@gmail.com | |
| 10 | | |

CALL & JENSEN
A PROFESSIONAL CORPORATION