Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE A. FARBER, ESQ. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff
NEVA LEMA

MARK L. EISENHUT, Bar No. 185039
RYAN M. MCNAMARA, Bar No. 223606
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
meisenhut@calljensen.com
rmcnamara@calljensen.com

Attorneys for Defendants TRC HOLDINGS, LLC; CASTLE HARLAN, INC.; and CASTLE HARLAN PARTNERS III, L.P.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIE CALLENDER'S CONCORD #86, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV09-0494-~~VRW~~ JW<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER SEEKING LIMITED DISMISSAL WITH PREJUDICE OF CERTAIN SPECIFIED DEFENDANTS** |

　　　　Plaintiff and the undersigned hereby request the dismissal with prejudice of Defendants TRC HOLDINGS, LLC; CASTLE HARLAN, INC.; and CASTLE HARLAN PARTNERS III,

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and Dismissal of Specified Defendants:**
**Case No. CV09-0494-VRW**

1  L.P. with prejudice, with all parties bearing their own costs, expenses and attorney's fees.

2      SO STIPULATED.

4  Dated: February 4, 2012        TIMOTHY S. THIMESCH
                                            THIMESCH LAW OFFICE

                                            */s/ Tim Thimesch*
                                            Attorneys for Plaintiff
                                            NEVA LEMA

9  Dated: June 13, 2011           MARK L. EISENHUT, ESQ.
                                            RYAN M. MCNAMARA, ESQ.
                                            MICHAEL S. ORR, ESQ.
                                            CALL & JENSEN

                                            /s/ Authorized Signed
                                            Attorneys for Defendants TRC HOLDINGS, LLC;
                                            CASTLE HARLAN, INC.; and CASTLE HARLAN
                                            PARTNERS III, L.P.

**ORDER**

~~IT IS SO ORDERED.~~

Dated: 02/08/12                       /s/ James Ware
                                            HON. JAMES WARE
                                            JUDGE FOR U.S. DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Dismissal of Specified Defendants:**          — 2 —
**Case No. CV09-0494-VRW**