1  **Thimesch Law Offices**
   TIMOTHY S. THIMESCH, Esq. (No. 148213)
2  GENE A. FARBER, ESQ. (No. 44215) – Of Counsel
   158 Hilltop Crescent
3  Walnut Creek, CA 94597-3452
   Tel: 925/588-0401
4
   Attorneys for Plaintiff
5  NEVA LEMA

6  MARK L. EISENHUT, Bar No. 185039
   RYAN M. MCNAMARA, Bar No. 223606
7  CALL & JENSEN
   A Professional Corporation
8  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
9  Tel: (949) 717-3000
   Fax: (949) 717-3100
10 meisenhut@calljensen.com
   rmcnamara@calljensen.com
11
   Attorneys for Defendants TRC HOLDINGS, LLC; CASTLE HARLAN, INC.; and CASTLE
12 HARLAN PARTNERS III, L.P.

*(Court seal: IT IS SO ORDERED AS MODIFIED — Judge James Ware)*

13                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
14
                                                        JW
15 NEVA LEMA,                         CASE NO. CV09-0494-~~VRW~~
                                      Civil Rights
16      Plaintiff,

17 v.                                 **STIPULATION AND ~~[Proposed]~~ ORDER
                                      SEEKING LIMITED DISMISSAL WITH
18 MARIE CALLENDER'S CONCORD #86,     PREJUDICE OF CERTAIN SPECIFIED
   et al.,                            DEFENDANTS**
19
        Defendants.
20
   _____/
21

22      Plaintiff and the undersigned hereby request the dismissal with prejudice of Defendants

23 TRC HOLDINGS, LLC; CASTLE HARLAN, INC.; and CASTLE HARLAN PARTNERS III,

24 ////

25

26

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and Dismissal of Specified Defendants:**
**Case No. CV09-0494-VRW**

1  L.P. with prejudice, with all parties bearing their own costs, expenses and attorney's fees.

2     SO STIPULATED.

4  Dated: February 4, 2012              TIMOTHY S. THIMESCH
                                        THIMESCH LAW OFFICE

                                        _____
7                                       Attorneys for Plaintiff
                                        NEVA LEMA

9  Dated: June 13, 2011                 MARK L. EISENHUT, ESQ.
                                        RYAN M. MCNAMARA, ESQ.
10                                      MICHAEL S. ORR, ESQ.
                                        CALL & JENSEN

                                        /s/ Authorized Signed
12                                      Attorneys for Defendants TRC HOLDINGS, LLC;
                                        CASTLE HARLAN, INC.; and CASTLE HARLAN
13                                      PARTNERS III, L.P.

18                           **ORDER**

19     ~~IT IS SO ORDERED.~~

23  Dated: 02/08/12                     _____
                                        HON. JAMES WARE
24                                      JUDGE FOR U.S. DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Dismissal of Specified Defendants:**
**Case No. CV09-0494-VRW**                          — 2 —