Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff
NEVA LEMA

CHARLES H. HORN, ESQ., (No 063362)
  Charles.Hom@LeClairRyan.com
LECLAIRRYAN, LLP
44 Montgomery Street, 18th Floor
San Francisco, CA   94104-4705
TELEPHONE: (415) 391-7111
TELEFAX: (415) 391-8766

Attorneys for Defendants MARIO H. CHAN and PATSY W. CHAN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA, | CASE NO. CV09-0494-~~VRW~~ JW |
| | Civil Rights |
| Plaintiff, | |
| v. | **STIPULATION AND [~~Proposed~~] ORDER REQUESTING ENLARGEMENT OF SCHEDULING ORDER DATES** |
| MARIE CALLENDER'S CONCORD #86, et al., | |
| Defendants. | |

The Parties in this case are attempting to forge a cooperative settlement while managing legal expenses. With the recent Chapter 11 discharge and/or dismissal of all 7 corporate Marie-Callender entities, the case now proceeds solely between Plaintiff and Landlord-Defendants Mario and Patsy Chan.

These parties are cooperating. They recently exchanged expert reports and Defendants are considering Plaintiff's written demand in an effort to dispose of all remaining issues. To increase the chances of settlement while managing costs, the Parties request a short enlargement of approximately 90 days of the following scheduling order dates:

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and [~~Proposed~~] Order Seeking Enlargement of
Scheduling Order Dates: Case No. CV09-0494-JW**

| Deadline | Current | New |
|---|---|---|
| Rebuttal Expert Reports | February 10, 2012 | May 10, 2012 |
| Motions to Exclude Experts and Portions of Testimony | February 13, 2012 | May 14, 2012 |
| Preliminary Pretrial Conf. Stmts | February 17, 2012 | ~~May 17, 2012~~ March 30, 2012 |
| Prelim. Pretrial Conference | Tues., Feb. 27, 2012, 11 AM | April 9, 2012 @ 11:00 am ~~Tues., May 29, 2012, 11 AM~~ |
| Hearing on Motions to Exclude Experts and Portion of Testimony | March 19, 2012 | June 18, 2012 @ 9:00 am |
| Discovery Cutoff | March 30, 2012 | ~~July 1, 2012~~ May 11, 2012 |
| Dispositive Motion Hearing Deadline | May 12, 21012 | ~~August 13, 2012~~ July 9, 2012 @ 9:00 am |

SO STIPULATED.

Dated: February 7, 2012         TIMOTHY S. THIMESCH
                                THIMESCH LAW OFFICE

                                /s/ Authorized Signed
                                Attorneys for Plaintiff
                                NEVA LEMA

Dated: February 7, 2012         CHARLES H. HORN, ESQ.,
                                LECLAIRRYAN, LLP

                                /s/ Authorized Signed
                                Attorneys for Defendants
                                MARIO H. CHAN; and PATSY W. CHAN

**ORDER**

SO ORDERED.

_____.

Dated: February 8, 2012         _____
                                HON. JAMES WARE
                                U.S. DISTRICT COURT PRESIDING JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and [~~Proposed~~] Order Seeking Enlargement of Scheduling Order Dates: Case No. CV09-0494-JW**         — 2 —