**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff
NEVA LEMA

CHARLES H. HORN, ESQ., (No 063362)
  Charles.Hom@LeClairRyan.com
LECLAIRRYAN, LLP
44 Montgomery Street, 18th Floor
San Francisco, CA   94104-4705
TELEPHONE: (415) 391-7111
TELEFAX: (415) 391-8766

Attorneys for Defendants MARIO H. CHAN and PATSY W. CHAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIE CALLENDER'S CONCORD #86,<br>et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV09-0494-VRW<br>Civil Rights<br><br>**SECOND STIPULATION AND [Proposed] ORDER REQUESTING ENLARGEMENT OF DISCOVERY CUTOFF** |

The current Court-imposed deadline for completing discovery is May 11, 2012, and the Parties are moving expeditiously and diligently to comply.  However, to accommodate the schedules of the Parties and counsel, the Parties request the Court's indulgence, and that

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and [Proposed] Order Seeking Enlargement of Discovery Cutoff:
Case No. CV09-0494-JW**

1  discovery cutoff be enlarged two weeks to May 25, 2012.  This will permit the Parties needed

2  flexibility, including with regard to one deposition that is being scheduled out of state.

3      SO STIPULATED.

5  Dated: April 6, 2012                TIMOTHY S. THIMESCH
                                   THIMESCH LAW OFFICE

                                   /s/ Authorized Signed
                                   Attorneys for Plaintiff
                                   NEVA LEMA

Dated: April 6, 2012                CHARLES H. HORN, ESQ.,
                                   LECLAIRRYAN, LLP

                                   /s/ Authorized Signed
                                   Attorneys for Defendants
                                   MARIO H. CHAN; and PATSY W. CHAN

**ORDER**

    SO ORDERED.

Dated: April 10, 2012

HON. JAMES WARE
U.S. DISTRICT COURT PRESIDING JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Stipulation and [Proposed] Order Seeking Enlargement of Discovery Cutoff:**
**Case No. CV09-0494-JW**    — 2 —