Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
NEVA LEMA

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIE CALLENDER'S CONCORD #86, et al.,<br><br>    Defendants. | CASE NO. CV09-0494-JW<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |

**TO THE COURT:**

The Parties have entered a Stipulation of Settlement, which has been approved by Order of the United States District Court for the District of Delaware, in lead action In Re Perkins & Marie Callender's, Inc., et al., Case No. 11-11795, as attached hereto at **Exhibit 1**. The Bankruptcy Court retained exclusive jurisdiction to interpret and enforce the agreement. (Id. at p. 2.)

Accordingly, Plaintiff requests that the Court dismiss this action with prejudice.

Dated: May 31, 2012           THIMESCH LAW OFFICES
                              TIMOTHY S. THIMESCH, ESQ.
                              GENE FARBER, ESQ. – Of Counsel

                              /S/ Signature Authorized
                              Attorneys for Plaintiff
                              NEVA LEMA

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Prejudice; Order: Case No. CV09-0494-JW**

**APPROVED AS TO FORM:**

Dated: May 31, 2012          CHARLES H. HORN, ESQ.,
                             LECLAIRRYAN, LLP

                             /s/ Authorized Signed
                             Attorneys for Defendants
                             MARIO H. CHAN; and PATSY W. CHAN

**ORDER**

SO ORDERED.

Dated: June 5, 2012

HON. JAMES WARE
U.S. DISTRICT COURT PRESIDING JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Prejudice; Order: Case No. CV09-0494-JW**          — 2 —